No. 75–6331. Gonzalez-Rodriguez v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6332. Raygoza v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6336. O'Donnell v. United States. C. A. 6th Cir. Certiorari denied.

No. 75–6337. Garcia v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6342. Crowley v. United States. C. A. 3d Cir. Certiorari denied.

No. 75–6347. O'Leary v. Ruttle, Director, Internal Revenue Service Center, et al. C. A. 6th Cir. Certiorari denied.

No. 75–6348. Mills v. United States District Court et al. C. A. D. C. Cir. Certiorari denied.

No. 75–6352. Alvarez v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6353. Lope-Lopez v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6354. Bobo v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6363. Clay v. Henderson, Warden, et al. C. A. 5th Cir. Certiorari denied.

No. 75–6365. Petty et ux. v. United States. C. A. 10th Cir. Certiorari denied.